1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney

5
    1301 Clay Street, Suite 340S
6   Oakland, California 94612
    Telephone: (510) 637-3680
7   Facsimile: (510) 637-3724
    E-Mail Address: deborah.r.douglas@usdoj.gov

8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,          )    No. CR07-00062 MJJ
                                       )
           Plaintiff,                  )    STIPULATION AND [PROPOSED]
14                                     )    PROTECTIVE ORDER
       v.                              )    RE: ACCESS CARD ACCOUNT
15                                     )    INFORMATION AND PERSONAL
   ELIJAH BAKER JR. and                )    IDENTIFICATION INFORMATION
16 MARK RICHARDSON,                    )
                                       )
17         Defendants.                 )
                                       )
18 _____ )

19

20      1.    On February 8, 2007, the Grand Jury returned a thirteen-count indictment charging

21 defendants Elijah Baker, Jr. and Mark Richardson with various offenses related to conspiracy and

22 fraud in connection with access devices and identity theft, in violation of Title 18, United States

23 Code, Sections 371, 1029(a)(2), (3) and (5), 1028A(a)(1), and 2.

24      2.    The United States of America alleges, inter alia:

25           a.    Defendant Mark Richardson ("Richardson"), while an Avis employee, sold access

26 card account information and identification information of Avis customers obtained from the Avis

27 computer system at the Oakland Airport to defendant Elijah Baker, Jr. ("Baker"), without the

28 customers' authorization. The identification information included, among other things, the names,

STIPULATION AND PROTECTIVE ORDER
[CR07-00062 MJJ]

1  addresses, dates of birth, telephone numbers, official State or government issued driver's licenses,

2  and vehicle plate numbers of Avis customers.   After printing the computerized Avis contract

3  containing the identification information of Avis customers, Richardson handwrote the respective

4  customer's access card account information, also obtained from the Avis computer system, onto the

5  printout pertaining to each customer.

6          b.  On or about January 26, 2005, twelve Avis rental car computerized contracts

7  containing defendant Mark Richardson's handwriting were seized from the residence of Alan Scott.

8  Richardson admitted that he had supplied those twelve Avis contracts to Baker. A latent print

9  recovered from one of the twelve Avis contracts matched Richardson's fingerprint.

10         c.  On March 29, 2005, during a controlled delivery, Richardson sold fifty-five

11  additional Avis contracts to Baker.  Shortly thereafter, law enforcement recovered the fifty-five Avis

12  contracts from Baker.  Also recovered was a red spiral notebook containing several hundred names,

13  flight information, and credit card account numbers with expiration dates, names, addresses and birth

14  dates.  Additional recovered items included, but are not limited to, a computerized printout from the

15  Hilton Hotel in Pleasanton, CA, containing the names of the account holders, credit card account

16  numbers, and transaction amounts as well as handwritten information, including expiration dates of

17  credit card accounts, the account holders' addresses and  telephone numbers; and miscellaneous

18  papers containing names and flight information.

19         d.  From January 30, 2002 through May 26, 2005, the access card account information

20  and  identification  information  of  approximately  606 Avis  customers  were  used,  without  the

21  customers'  authorization,  to  conduct  approximately  565  transactions  through  Expedia.com;

22  approximately 143 transactions through Hotels.com; and approximately 96 transactions through

23  Travelocity, totaling approximately 804 transactions.   These transactions included attempted and

24  actual purchases of airline tickets and hotel rooms.  The total amount of actual loss to Expedia.com,

25  Hotels.com and Travelocity exceeded $299,703.

26         e.  Expedia.com, Hotels.com, and Travelocity have furnished the government with

27  spreadsheets and/or documents containing, inter alia,  the transaction amounts for airline tickets and

28  hotel rooms, credit card account numbers and expiration dates, the names of the account holders,

STIPULATION AND PROTECTIVE ORDER
[CR07-00062 MJJ]                              2

1 together with other personal identity information, including the account holders' addresses and

2 telephone numbers.

3         3.    Subject to the proposed protective order, the government intends to disclose to Philip

4 Schnayerson, attorney for defendant Elijah Baker, Jr., and Assistant Federal Public Defender Hilary

5 Fox, attorney for Mark Richardson, a CD containing spreadsheets as well as documents containing

6 credit card account numbers, the names, addresses, telephone numbers and other personal

7 information of the account holders.   Pursuant to this protective order, the government also intends

8 to produce the twelve Avis contracts recovered from Alan Scott's residence on or about January 26,

9 2005 as well as the fifty-five Avis contracts and other documents containing credit card account

10 numbers and other personal identification information of numerous individuals recovered from

11 defendant Elijah Baker on March 29, 2005.

12         4.    Under Federal Rule of Criminal Procedure 16, the parties stipulate, and this Court

13 orders, that disclosure of access card account information and identification information shall be

14 subject to the following restrictions:

15              a. Except when being actively examined for the purpose of preparing the defense,

16 attorney Philip Schnayerson for defendant Elijah Baker, Jr. and attorney Hilary Fox for defendant

17 Mark Richardson shall maintain all documents/CDs containing access card account information and

18 identification information produced by the United States pursuant to this Order in a locked, safe and

19 secure drawer, cabinet, or safe that is accessible only to the defense attorney, members of his or her

20 law firm who are working with him or her to prepare the defendant's defense, and his or her

21 investigator.   Defense counsel, members of his or her law firm, the defendant, and the investigator

22 shall not permit any person access of any kind to the materials produced pursuant to this Order, or

23 disclose in any manner the personal identifying and private financial information of third parties

24 except as set forth below.

25              b. The following individuals may examine the documents and information related

26 to the personal identifying and private financial information of third parties for the sole purpose of

27 preparing the defendant's defense and for no other purpose:

28              1)  Counsel for defendant;

STIPULATION AND PROTECTIVE ORDER
[CR07-00062 MJJ]                              3

2)   Members of the defendant's law office who are assisting with the preparation of defendant's defense;

3)    The defendant, but only in the presence of his defense counsel; and

4)    Investigators retained by the defendant to assist in the defense of this matter.

c.  If the defense counsel determines that additional persons are needed to review the material, he or she must obtain a further order of the Court before allowing any other individual to review the material.

d.  The defense attorneys may make two working copies of the documents produced pursuant to this Order upon which to take notes, provided that the copies are also maintained in a locked, safe and secure drawer, cabinet, or safe that is accessible only to the defense attorney, members of his or her law firm who are working with him or her to prepare the defendant's defense, and his or her investigator.   The defense attorneys shall not permit the defendants or anyone else to annotate or otherwise copy the access card account information or any identification information, including, but not limited to, names, addresses, telephone numbers, social security numbers, and dates of birth.

e.  Any pleadings that include or make reference to the access card account information or other personal information shall be filed under seal, with a redacted version filed on the public record.

f.  Within five court days of the judgment and sentencing hearing in this matter, all material provided to the defense attorneys  pursuant to this Order, and all other authorized copies, shall be returned to the United States.  If a defendant believes that he must maintain the material for any reason related to appeal, the defendant must seek authorization from the District Court within five days of the sentencing and judgment in this matter.

g.  By signing this stipulation, defense attorneys Philip Schnayerson and Hilary Fox acknowledge as follows:

1) they have reviewed this Stipulation/Order;

2) they understand its contents;

STIPULATION AND PROTECTIVE ORDER
[CR07-00062 MJJ]                                    4

1    3) they agree that the information produced pursuant to this Order shall only be used

2    for the purpose of preparing a defense on behalf of defendants Elijah Baker , Jr. and

3    Mark Richardson;

4    4) except as provided in this Order, they will not make any copies of, or otherwise

5    disclose, the information produced pursuant to this Order without further order of the

6    Court; and

7    5) they understand that failure to abide by this Order may result in sanctions by this

8    Court and state or federal criminal charges.

9    h.  Any other individuals who receive access to the materials pursuant to this Order,

10   prior to receiving access to the materials, shall sign a copy of this Order

11   acknowledging paragraph g (1) through (5) above.

12   i.  A copy of this order shall be maintained with the produced documents/CDs at all

13   times.

14   STIPULATED:

15

16   DATED:___March 15, 2007_____          ___/S_____
                                                 PHILIP SCHNAYERSON, Esq.
                                                 Attorney for Defendant Elijah Baker, Jr.
17

18   DATED:___March 15, 2007_____          ___/S/_____
                                                 HILARY FOX, Esq.
19                                               Attorney for Defendant Mark Richardson

20

21   DATED:___March 15, 2007_____          ___/S/_____
                                                 DEBORAH R. DOUGLAS
                                                 Assistant United States Attorney
22

23   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
     "conformed" signature (/S/) within this e-filed document.

24

25   IT IS SO ORDERED.

26

27   DATED: ___3/21/2007_____          _____
                                          MARTIN J. JENKINS
28                                        United States District Judge

STIPULATION AND PROTECTIVE ORDER
[CR07-00062 MJJ]                        5