GARCIA, SCHNAYERSON & MOCKUS
ATTORNEYS AT LAW
225 West Winton Avenue, Suite 208
Hayward, California 94544
Telephone: (510) 887-7445

PHILIP A. SCHNAYERSON
JOSEPH E. MOCKUS
Attorneys for Defendant
ELIJAH BAKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CR. 07-00062 MJJ |
| Plaintiff, | STIPULATION AND TRAVEL ORDER |
| vs. | |
| ELIJAH BAKER, | |
| Defendant. | |

Defendant, Elijah Baker, is employed as a professional musician, and that employment occasionally requires he leave the State of California for professional engagements. The United States of America, through their representative, Assistant United States Attorney Deborah Douglas and the defendant, through counsel Philip Schnayerson, agree that upon notice to Pre-trial Services of the dates and places of such engagements, Mr. Baker may leave California for employment purposes.

SO STIPULATED:

Dated: March 29, 2007       /S/ Philip A. Schnayerson
                            PHILIP A. SCHNAYERSON
                            Attorney for Defendant
                            ELIJAH BAKER, JR.

1

| | |
|---|---|
| Dated: March 29, 2007 | /S/ Deborah R. Douglas |
| | DEBORAH R. DOUGLAS |
| | Assistant United States Attorney |

IT IS HEREBY ORDERED that the defendant be permitted to travel for employment purposes throughout the United States of America, provided that defendant inform Pre-trial Services of the dates of departure and return, and information related to the particular engagement. Furthermore, Mr. Baker will provide Pre-trial Services with an address and telephone number of where he will be staying when outside California.

Dated: 4/1/2007

MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT