PHILIP A. SCHNAYERSON (CSBN 41825)
GARCIA, SCHNAYERSON & MOCKUS
ATTORNEYS AT LAW
225 West Winton, Suite 208
Hayward, California  94544
(510) 887-7445

Attorney for Defendant
ELIJAH BAKER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,   )<br>                                                      )<br>        Plaintiffs,                            )<br>                                                      )<br>vs.                                                 )<br>                                                      )<br>                                                      )<br>                                                      )<br>ELIJAH BAKER,                            )<br>                                                      )<br>        Defendant.                         )<br>_____ ) | CASE NO. CR07-00062 MJJ<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** |

      Elijah Baker, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, Deborah R. Douglas, Assistant United States Attorney, and co-counsel, Hilary Fox, jointly stipulate and respectfully request the Court to continue the status conference hearing presently set for June 8, 2007, to August 17, 2007, at 2:30 p.m.  This continuance is requested because defense counsel is scheduled to undergo a medical procedure on June 7, 2007, and will be required to recuperate for several days.

      Additionally, co-counsel, Ms. Fox, will be unavailable from June 22, 2007, through July 9, 2007, and Mr. Schnayerson will be out of the country from July 30, 2007, through August 10,

2007.

This case involves a significant amount of data involving financial loss.  Additional time will be required to investigate the figures relating to the total loss.

Accordingly, all counsel and defendants agree that the time from June 8, 2007, through August 17, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act 18 U.S.C. § 3161 (h) (8) (B) (iv), Local Code T4 and Title 18 U.S.C.§ 3161 (h)(8)(A).  (reasonable time to prepare/continuity of counsel).


DATED:      June 5, 2007              Respectfully submitted,

                                      /s/ Philip A. Schnayerson
                                      PHILIP A. SCHNAYERSON
                                      Attorney for Defendant
                                      Elijah Baker

DATED:      June 5, 2007

                                      /s/ Hillary Fox
                                      HILLARY FOX
                                      Attorney for Defendant
                                      Mark Richardson

DATED:

                                      _____
                                      DEBORAH R. DOUGLAS
                                      Assistant United States Attorney


**ORDER AND FINDINGS**

The new status conference is set for August 17, 2007, at 2:30 p.m. The court finds that the interest of Justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time under the Speedy Trial Act is excluded from June 8, 2007, through August 17, 2007, in computing the time within which trial must commence under

the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (h) (8) (B) (iv), Local Code T4 and Title 18 U.S.C. 3161(h)(8)(A) (reasonable time to prepare/continuity of counsel).

IT IS SO ORDERED.

DATED:
　　　　　　　　　　　　　　　　　　　　　　　　／s／ Martin J. Jenkins
　　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge