BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street, Ste. 650
Oakland, California 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELIJAH BAKER and ) <br> MARK RICHARDSON ) <br> ) <br> Defendants. ) <br> ) | No. CR 07-00062 MJJ <br><br> STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME <br><br> Date: August 17, 2007 <br> Time: 2:30 p.m. <br> Court: Hon. Martin J. Jenkins <br> U. S. District Court |

This matter is currently on calendar for status on Friday, August 17, 2007 at 2:30 p.m. The parties jointly stipulate and request that the matter be continued to the new date of Friday, September 28, 2007 at 2:30 p.m. status or change of plea, and further request that the time between August 17 and September 28, 2007, be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv) for the following reasons. The defendants require additional time to review discovery and conduct research and investigation into the pending charges, and the parties are continuing to engage in discussions regarding the resolution of this matter. In addition, counsel for defendant Richardson will be out of the office from August 20, 2007 until September 4, 2007, and thus unavailable during this period.

For the foregoing reasons, the parties stipulate and agree that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendants in a

1  speedy trial because the failure to grant such a continuance would unreasonably deny defendants
2  adequate time to prepare, taking into account the exercise of due diligence. The parties therefore
3  stipulate and agree that this period of time should be excluded under the Speedy Trial Act, 18
4  U.S.C. §3161(h)(8)(A) and (B)(iv).

5  SO STIPULATED.

6  Dated:     August 17, 2007                    /S/

7                                                _____
                                                  HILARY A. FOX
                                                  Attorney for Defendant Richardson
8
   SO STIPULATED.
9
   Dated:     August 17, 2007                    /S/
10
                                                  _____
                                                  PHILIP SCHNAYERSON
11                                                Attorney for Defendant Baker

12 SO STIPULATED.

13 Dated:     August 17, 2007                    /S/

14                                                _____
                                                  DEBORAH DOUGLAS
                                                  Assistant United States Attorney
15

16                              SIGNATURE ATTESTATION

17    I hereby attest that I have on file all holograph signatures for any signatures indicated by

18 a "conformed" signature (/S/) within this e-filed document.

19

20

21

22

23

24

25

26

- 2 -

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting of the requested continuance outweigh the best interests of the public and the defendants in a speedy trial, and that the failure to grant the requested continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the hearing that is currently scheduled for August 17, 2007, shall be continued to September 28, 2007, at 2:30 p.m. for status or change of plea, and that the time from August 17 through September 28, 2007, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 8/22, 2007

MARTIN J. JENKINS
United States District Court