BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street, Ste. 650
Oakland, California 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00062 MJJ |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER FOR CONTINUANCE AND |
| v. ) | EXCLUSION OF TIME |
| ) | |
| ELIJAH BAKER and ) | Date:  Sept. 28, 2007 |
| MARK RICHARDSON ) | Time:  2:30 p.m. |
| ) | Court: Hon. Martin J. Jenkins |
| Defendants. ) | U. S. District Court |

This matter is currently on calendar for status on Friday, September 28, 2007 at 2:30 p.m. The parties jointly stipulate and request that the matter be continued to the new date of Friday, November 9, 2007 at 2:30 p.m. for trial setting or change of plea, and further request that the time between September 28 and November 9, 2007, be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv) for the following reasons. The defendants require additional time to review discovery and conduct research and investigation into the pending charges, and the parties are continuing to engage in discussions regarding the resolution of this matter.  In addition, the parties are reviewing the evidence to ascertain the accurate loss figures. November 9 is the first date that all parties are available that will also afford the parties sufficient time to resolve these matters and be ready either for a change of plea or to set trial dates.

- 1 -

For the foregoing reasons, the parties stipulate and agree that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendants in a speedy trial because the failure to grant such a continuance would unreasonably deny defendants adequate time to prepare, taking into account the exercise of due diligence.  The parties therefore stipulate and agree that this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

SO STIPULATED.

Dated:   September 26, 2007                              /S/
_____
HILARY A. FOX
Attorney for Defendant Richardson

SO STIPULATED.

Dated:   September 26, 2007                              /S/
_____
PHILIP SCHNAYERSON
Attorney for Defendant Baker

SO STIPULATED.

Dated:   September 26, 2007                              /S/
_____
DEBORAH DOUGLAS
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting of the requested continuance outweigh the best interests of the public and the defendants in a speedy trial, and that the failure to grant the requested continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the hearing that is currently scheduled for September 28, 2007, shall be continued to November 9, 2007, at 2:30 p.m. for change of plea or trial setting, and that the time from September 28 through November 9, 2007, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: \_\_\_\_\_09/27\_\_\_\_\_, 2007

_____
MARTIN J. JENKINS
United States District Court



Judge Martin J. Jenkins