1  STUART HANLON, SBN: 66104
   LAW OFFICES OF STUART HANLON
2  179 11TH Street, 2nd Floor
   San Francisco, California 94103
3  (415) 864-5600

4  Attorney for Defendant
   ELIJAH BAKER
5

6
                **IN THE UNITED STATES DISTRICT COURT**
7
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8

9  UNITED STATES OF AMERICA     ) No.  CR 07-00062-MJJ
                                )
10          Plaintiff,           ) **STIPULATION AND [PROPOSED]**
                                ) **ORDER RE EXCLUDING TIME UNDER**
11    v.                         ) **THE SPEEDY TRIAL ACT**
                                )
12                               )
   ELIJAH BAKER,                )
13                               )
            Defendant.           )
14                               )
                                )
15 _____)

16      On November 9, 2007, Stuart Hanlon substituted in as counsel
17 of record for the defendant, Elijah Baker.  The case is presently
18 set for December 13, 2007 for setting a trial date.  Mr. Hanlon
19 was in trial out of county until November 16, 2007.  Given
20 defense counsel's schedule, and the factual issues to be
21 investigated and analyzed in this case in an attempt to reach a
22 resolution, counsel will not be prepared to move forward with
23 this case on December 13, 2007.
24      Counsel has been in regular contact with the Government to
25 reach a resolution in this case.  Counsel needs time to continue
26 these discussions with the Government and the defendant.
27

28 *Baker: Stipulation and Order Re: Excluding Time*                      1

1  Given the current time constraints, counsel will not have time to
2  evaluate, research, and investigate this case in an attempt to
3  reach a plea agreement by December 13, 2007.
4      **IT IS HEREBY STIPULATED** by the parties that time shall be
5  excluded from December 13, 2007 until January 18, 2007 pursuant
6  to 18 U.S.C. Section 3161(h)(8)(B)(iv) for the following reasons:
7  excludeable time is necessary for the effective preparation of
8  defense counsel and the prosecution taking into account the
9  exercise of due diligence and for continuity of counsel.
10     It is therefore stipulated between the parties that this
11 case be continued until January 18, 2007 for change of plea or
12 trial setting in Oakland at 2:30 p.m.

14                                 s/Stuart Hanlon
                                CSBN: 66104
15                                 Attorney for Defendant
                                ELIJAH BAKER
16                                 179 11th Street, 2nd Floor
                                San Francisco, CA 94103
17                                 415/864-5600
                                stuart@stuarthanlonlaw.com

19                                 s/Deborah Douglas
                                Assistant U.S. Attorney
20                                 *(Signature approved by telephone)*
                                Office of The U.S. Attorney
21                                 1301 Clay Street
                                Oakland, California

23     **IT IS SO ORDERED.**

25 Dated: 11/27/07
26                                 Hon. Martin J. Jenkins
                                United States District Judge

28 *Baker: Stipulation and Order Re: Excluding Time*                                        2