STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 11TH Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
ELIJAH BAKER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIJAH BAKER, <br><br> Defendant. | No. CR 07-00062-MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER RE TRAVEL** |

Defendant, Elijah Baker, is employed as a professional musician, and this employment is requiring him to leave the United States of America on June 24th, 2008 returning on June 26th, 2008 to Nassau, Bahamas to the Hotel Atlantis for a professional engagement. There is a current travel order with this Court, but it does not encompass travel outside of the United States.

The United States of America, through their representative, Assistant United States Attorney Deborah Douglas, the defendant, through counsel Stuart Hanlon, and Pretrial Services all agree that Mr. Baker may leave California and the United

**STIPULATION & ORDER** **PAGE 1**
**RE: EXCLUSION OF TIME**

1  States on the above dates for this professional engagement.
2       Mr. Baker will proved Pretrial Services with his itinerary
3  and hotel information of where he can be reached while he is
4  on this trip.

6  Dated: June 20, 2008          /s/ Stuart Hanlon
                                 STUART HANLON
7                                Attorney for Defendant
                                 ELIJAH BAKER

9  Dated: June 20, 2008          /s/ Deborah Douglas
                                 DEBORAH DOUGLAS
10                               Assistant United States Attorney

**IT IS SO ORDERED.**

13  Dated: June 30, 2008          [signature]
                                  MAGISTRATE JUDGE
14                                United States District Court

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]

**STIPULATION & ORDER**                                    PAGE 2
**RE: EXCLUSION OF TIME**

Case 4:07-cr-00062-MJJ   Document 70   Filed 06/30/08   Page 3 of 3