IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELIJAH BAKER,<br><br>    Defendant<br>_____/ | No. CR-07-0062 MJJ<br><br>**ORDER SETTING HEARING ON DEFENDANT'S REQUEST FOR EXTENSION OF SURRENDER DATE** |

Before the Court is defendant Elijah Baker's "Request for Extension of Surrender Date," filed June 27, 2008.

The matter is hereby set for hearing on July 9, 2008, at 2:30 p.m., 450 Golden Gate Avenue, San Francisco, Courtroom 7.

Any opposition to defendant's request shall be filed no later than July 3, 2008.

**IT IS SO ORDERED.**

Dated: June 30, 2008

_____
MAXINE M. CHESNEY
United States District Judge