# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

### Report on Offender Under Supervision

**Name of Offender**  
Elijah Baker

**Docket Number**  
0971 4:07CR00062-001  MJJ

**Name of Sentencing Judge:**   The Honorable Martin J. Jenkins  
United States District Judge

**Date of Original Sentence:**   March 28, 2008

**Original Offense**  
Count One: Conspiracy, 18 U.S.C. § 371, a Class D Felony  
Count Two: Access Device Fraud, 18 U.S.C. § 1029(a)(2), a Class C Felony  
Count Twelve: Access Device Fraud, 18 U.S.C. § 1029(a)(3), a Class C Felony

**Original Sentence:** 57 months custody; three years supervised release  
**Special Conditions:**  special assessment $300.00; total restitution $299,010.23; access to financial information; no new lines of credit or debt; not to possess false identification and always provide true identity; search; no firearms, ammunition, destructive devices, or other dangerous weapons; and cooperate with the collection of DNA.

This petition has been assigned as a duty matter to the Honorable Chief District Judge Phyllis J. Hamilton.

**Type of Supervision**  
Supervised release  
**Assistant U.S. Attorney**  
Deborah Douglas

**Date Supervision Commenced**  
September 28, 2012  
**Defense Counsel**  
Stuart Hanlon (Retained)

### Petitioning the Court to Take Judicial Notice

### Cause

Mr. Baker's term of supervision of scheduled to expire on September 27, 2015.  While all other conditions have been satisfied, he still has an outstanding restitution balance of $288,081.24.  As of this date, he has paid a total of $9,528.99 toward his restitution. Since his release from BOP custody in 2012, Mr. Baker lived in the Eastern District of California and remained under supervision for his entire supervised release term.

RE:  Baker, Elijah                                                                                                                    2
     0971 4:07CR00062-001  MJJ

### Action Taken and Reason

Based on the information provided to this officer from the Eastern District of California, Mr. Baker has been cooperative with probation and has not exhibited any violation conduct. He made restitution payments throughout his supervision term, with his most recent payment being August 21, 2015.

In light of the above, the undersigned respectfully requests that his supervision be allowed to expire with an outstanding restitution balance.

Pursuant to 18 U.S.C. § 3613(f), the liability to pay restitution shall terminate the later of twenty years from the entry of judgment or twenty years after the release from imprisonment, or upon the death of the individual. The U.S. Attorney can collect restitution until September 27, 2032. The offender has been directed to continue making payments to the United States Attorney's Office.

The Assistant U.S. Attorney has been notified and there are no objections.

Respectfully submitted,                                  Reviewed by:

_____                          _____
Tiffani Dyke                                             Kevin Thomas
U.S. Probation Officer                                   Supervisory U.S. Probation Officer
Date Signed: September 9, 2015

---

THE COURT ORDERS:

☑   The Court concurs and takes judicial notice
☐   Submit a request to modify supervision
☐   Submit a request for a warrant
☐   Submit a request for summons
☐   Other:

September 9, 2015
_____                          _____
Date                                                     Phyllis J. Hamilton
                                                         Chief United States District Judge

NDC-SUPV-FORM 12A   4/6/2015